COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C 1983.

NAME __WILLIE WEAVER__

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08     1580

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

CASE NO. _____ (PR) JW
(TO BE PROVIDED BY THE CLERK OF COURT

VS.

WARDEN, THIRD WATCH WARDEN, ASSIST, CAPTAIN CORRECTIONAL OFFICER, INMATES
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD. THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT _____
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES ( ) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )    NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE. EXPLAIN WHY. ___ STILL BEING PROCESSED

11. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT WARDEN, ASSIST WARDEN, THIRD WATCH CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS, INMATES IN CELL 204, 209, 207,

COMPLAINT    -2-

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE, BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

THIRD WATCH 03/06/08, PLAINTIFF WAS HARRASSED, THREATEN, CONSPIRACY'S AGAINST PLAINTIFF THE WHOLE THIRD WATCH, CELL 204, 209, 207, YOU BETTER GET THE FUCK OUT OF HERE, DEFENDANT(S) ALSO YELLED OUT, GET THIS SHIT OFF THE TIER, GET OUT 210!! DEFENDANT(S) SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSAL PUNISHMENT.

14. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: THREATING, HARRASSMENT'S, CONSPIRACY'S, U.S. CONSTITUTIONAL VIOLATIONS, PENAL CODE VIOLATION. PUNITIVE DAMAGES: 50.000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS __03__ DAY OF __09__ 2008

COMPLAINT                    - 3 -